[This opinion has been published in *Ohio Official Reports* at 178 Ohio St.3d 223.]

THE STATE OF OHIO, APPELLEE, *v*. JONES, APPELLANT.

[Cite as *State v. Jones*, 2025-Ohio-69.]

*Court of appeals' judgment affirmed on the authority of* State v. Glover.

(No. 2024-0598—Submitted January 7, 2025—Decided January 15, 2025.)

APPEAL from the Court of Appeals for Ashtabula County,

No. 2022-A-0022, 2024-Ohio-1010.

_____

The below judgment entry of the court was joined by KENNEDY, C.J., and DEWINE, DETERS, HAWKINS, and SHANAHAN, JJ. FISCHER, J., dissented and would dismiss the appeal has having been improvidently accepted. BRUNNER, J., dissented for the reasons set forth in Justice Stewart's dissenting opinion in *Glover*.

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *State v. Glover*, 2024-Ohio-5195.

_____

April Grabman, Ashtabula County Prosecuting Attorney, and Christopher R. Fortunato, Assistant Prosecuting Attorney, for appellee.

Michael A. Partlow, for appellant, Allan Jay Jones.

_____